# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**United States of America,**  Criminal No. 06-356 (MJD-JJG)

    Plaintiff,

v.  **ORDER**

**Billy Jean Love,**

    Defendant.

---

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge.  No objections have been filed to that report and recommendation in the time period permitted.  Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Love's motion to suppress evidence from a search and seizure (Doc. No. 14) is **DENIED.**

2. Love's motion to suppress statements (Doc. No. 15) is **GRANTED IN PART AND DENIED IN PART.**

3. When Love made statements following his arrest, those in response to the greeting by Townsend are admissible at trial, but those in response to the comment by Daly are suppressed.

Dated this 3rd day of January, 2007.

                                                       s/Michael J.Davis
                                                     MICHAEL J. DAVIS
                                                     United States District Court Judge